# IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING AND SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

MDL Docket No. 1699

Judge Charles R. Breyer

This document relates to:

**Magdaline Criner,**


**Plaintiff,**

v.

**PFIZER, INC. et. al.,**

    **Defendants.**

**STIPULATION AND ORDER
OF DISMISSAL WITHOUT
PREJUDICE ONLY AS TO
CASE NO. 052-8935**

Case No. 3:06-cv-02081-CRB

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for
the Plaintiffs and counsel for the Defendants that the Complaint of Plaintiff Magdaline
Criner, is herby dismissed without prejudice.

1.    Plaintiff is Magdaline Criner; defendants are Pfizer, Inc., Pharmacia

       Corporation, Monsanto Company, and G.D. Searle L.L.C.;

2.    On August 24, 2005, plaintiff sued defendants;

3.    Plaintiff moves to dismiss her claims against defendants;

4.    Defendants have not answered these claims;

5.    This case is not a class action;

6.    A receiver has not been appointed to this action;

1

7.     Plaintiff has not dismissed an action based on or including the same claims as those present in this suit.

8.     Should Plaintiff or a representative of Plaintiff attempt to re-file her claims against Defendants, they shall do so only by filing said claims in Federal Court.

Respectfully submitted:

Dated: 7/21/06

By: Navan Ward

Navan Ward, Jr. (AL State Bar No. WAR062)
Email:  navan.ward@beasleyallen.com
Jere L. Beasley (AL State Bar No. BEA020)
Email:  jere.beasley@beasleyallen.com
Gerald B. Taylor, Jr. (AL State Bar No. TAY026)
Email:  jerry.taylor@beasleyallen.com
Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
Email:  andy.birchfield@beasleyallen.com
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff*

Dated: 7/21/06

**GORDON & REES**

Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, CA 9411
(415) 986-5900 (Tel.)
(415) 986-8054 (Fax)

*Defendant's Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _July 24, 2006_

Hon, Charles R. Breyer
United States District

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2