- 1 -

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | CASE NO. MDL No. 1699 |
|---|---|
| | **ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates to: | |
| Will Bass, Sr.                          06-0087 CRB<br>Jean M. Benham, et al.            06-1689 CRB<br>Louise Bush                             06-2431 CRB<br>Ethel L. Cook                           05-4779 CRB<br>Junior Counts                           06-2081 CRB<br>Richard Croft                           06-1901 CRB<br>David L. Davis                          08-1858 CRB<br>Robert C. Duke, et al.                  07-0056 CRB<br>Julie E. Greer                          08-1858 CRB<br>Wayne A. Gunnison                       06-3665 CRB<br>Jonathan Halley                         05-4781 CRB<br>Clarice Hare                            05-4735 CRB<br>Earl J. Lachney                         06-3094 CRB<br>Robert Lewis                            08-0220 CRB<br>Randolph D. McMillion, et al.           07-0473 CRB<br>Lecia Nolan                             06-2434 CRB<br>Clara Olmsted                           08-1858 CRB<br>Heathere Ralph                          06-2436 CRB<br>Martha Taylor                           06-0087 CRB | |


- 2 -

1  The Court ordered the plaintiffs identified in the caption to show cause why their actions
2  should not be dismissed for lack of prosecution. As of the date of the hearing on the show cause
3  order, no plaintiff listed in the caption has responded to the Court's order and no plaintiff
4  appeared at the show cause hearing. Accordingly, the actions identified in the above caption are
5  DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41.

6  **IT IS SO ORDERED.**

7  Dated: September 25, 2009

                                                   HONORABLE CHARLES R. BREYER
                                                   UNITED STATES DISTRICT JUDGE