UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | CASE NO. MDL No. 1699<br><br>STIPULATION AND [PROPOSED] ORDER VACATING DISMISSAL WITH PREJUDICE |
| This Document Relates to:<br><br>Junior Counts v. Pfizer Inc., et al., 06-2081 CRB | |

WHEREAS, On August 28, 2009 the Court entered an Order to Show Cause requiring plaintiff to notify the Court in writing on or before September 25, 2009 of the reasons why his case should not be dismissed; and

WHEREAS, Plaintiff sent a complete Docket Data Sheet ("DDS") to the Court by Express Mail on September 15, 2009, but the Docket Data Sheet inadvertently was not posted on the docket such that Pfizer Inc could be aware that plaintiff had reached out to the Court or satisfied his DDS obligations; and

WHEREAS, On September 25, 2009, the Court entered an order dismissing plaintiff's case with prejudice for lack of prosecution;

/////

/////

-1-

STIPULATION AND ORDER VACATING DISMISSAL WITH PREJUDICE

EAST\42586379.1

THEREFORE, PLAINTIFF AND DEFENDANTS HEREBY STIPULATE THAT, pursuant to Federal Rule of Civil Procedure 41(a), the Court should vacate the dismissal of this action with prejudice and reinstate this case to the Court's docket.

DATED: 10/17, 2009     By: *Junior R. Counts*
                         Junior R. Counts
                         21594 Maries Road 444
                         Vichy, Missouri 65580
                         Telephone: 573.299.9945

                         PLAINTIFF *Pro se*

DATED: 10/20, 2009     DLA PIPER LLP (US)

                         By: /s/ Loren Brown
                         Loren H. Brown
                         1251 Avenue of the Americas
                         New York, New York 10020
                         Telephone: 212.335.4500
                         Facsimile: 212.335.4501

                         ATTORNEYS FOR DEFENDANTS

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Oct. 29, 2009     _____
                         Hon. Charles R. Breyer
                         United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer (United States District Court, Northern District of California seal)*

-2-

STIPULATION AND ORDER VACATING DISMISSAL WITH PREJUDICE

EAST\42586379.1