1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-2081 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Evelina Anderson, individually, et al.,<br><br>                        Plaintiffs<br><br>vs.<br><br>Monsanto Company, et al.,<br><br>                        Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

21     Come now the Plaintiffs Peggy Lankford Bailey OBO Benny Bascom Bailey, Deceased,
22  Leo C. Brewer, Jr., Laura Brown, Joe W. Campbell, Martha Clayborn, Rey David Cruz, Evelyn
23  Davis, Anthony Diomedes, Janet Dotson, Marvin Fuller, Bobby George, Tina Laverne Gold,
24  Nancy Haney, Michael Holland, Eva M. Horstmann, Harold James Hulett, Vincent Irby OBO
25  Norma Seals, Deceased, Horace James, Ervin E. Keith, Sr., Ted Kenyon, Harold J. Lanini,
26  Wilma Jean Long, Theresa Marshall, Judy Masters, Katheryn J. Mazer, Donald Loyd Pool,
27  George Rice, William Thomas Rothrock, Carla Sagster, Mahmoud Salah, Dorothy Shannon
28  OBO Elmon Smith, Deceased, George M. Terrill OBO Rosie E. Terrill, Deceased, Nellie

-1-

Weathers, Doris Wilkins, and Louis Wyatt, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: Nov. 23, 2009      By: /s/ Navan Ward F.

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Nov. 23, 2009      By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: DEC 1 1 2009

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PFZR/1035934/1132569v.1
EAST\42580655.1