1  Brian Joseph Madden
   Wagstaff & Cartmell LLP
2  4740 Grand Avenue, Suite 300
   Kansas City, MO 64112
3  Telephone: (816) 701-1100
   Facsimile: (816) 531-2372
4  Email: bmadden@wcllp.com
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-2081 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| Evelina Anderson, et al.,<br><br>                                    Plaintiffs<br>vs.<br><br>Monsanto Company, et al.,<br><br>                                    Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, Roy Lacey in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with

//
//
//
//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

each side bearing its own attorneys' fees and costs.

DATED: Mar. 10, 2010    By: _____

WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
Facsimile: 816-531-2372

*Attorneys for Plaintiffs*

DATED: Mar. 22, 2010    By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: APR - 5 2010    _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE