1  JUNIOR R. COUNTS
   21594 Maries Road 444
2  Vichy, MO 65580
   Telephone: 573-299-9945
3  *Plaintiff Pro se*

4

5

6

7

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10          SAN FRANCISCO DIVISION

11

12

13 | IN RE: BEXTRA AND CELEBREX        )  MDL NO. 1699
   | MARKETING SALES PRACTICES AND     )  District Judge: Charles R. Breyer
14 | PRODUCT LIABILITY LITIGATION      )

15 | Evelina Anderson, et al.,         )  Case No.: 06-2081 CRB
                                       )
16 |                    Plaintiffs,    )  STIPULATION AND ORDER OF
                                       )  DISMISSAL WITH PREJUDICE
17 | vs.                               )
                                       )
18 | Monsanto Company, et al.,         )
                                       )
19 |                    Defendants.    )
                                       )
20

21
        Come now the Plaintiff, Junior R. Counts, in the above-entitled action and Defendants,
22
   by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule
23
   41(a), and hereby stipulate to the dismissal of this action with prejudice as to the plaintiff
24
   //
25
   //
26
   //
27
   //
28

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1 | named herein with each side bearing its own attorneys' fees and costs.

4 | DATED: 3/23, 2010    By: *[signature]*

JUNIOR R. COUNTS
21594 Maries Road 444
Vichy, MO 65580
Telephone: 573-299-9945

*Plaintiff Pro se*

DATED: June 11, 2010    By: *[signature]*

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 7-02-2010    *[signature]*

Hon. Charles R. Breyer
United States District Court

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**